Case No. 21-3964

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MAIYA MCCOY, et al.

    Plaintiffs

 and

MARTIN ROBINSON

    Plaintiff - Appellant

v.

STATE OF OHIO; OHIO STATE HIGHWAY PATROL; DEPARTMENT OF REHABILITATION AND CORRECTION; CORRECTION INSTITUTION INSPECTION COMMITTEE, CICC; JIM SIMONE; SHERIFF DEPUTY STEPHEN FULLER, Lorain County; JUDGE CHRIS COOK; ATTORNEY JOHN TOTH; LAURA DEZORT; TONY CILLO; LORAIN COUNTY SWAT; SHEFFIELD LAKE POLICE DEPARTMENT; TONY CAMPO; HEATH TESTER; DEBORAH HURLBURT; HOLLY BRINDA; DUANE A. WHITELY; ROBERT WHITING; JOHN HUNTER; PAUL ADAMS; LORAIN COUNTY SHERIFF DEPARTMENT; ANNETTE CHAMBERS-SMITH; ASSISTANT DEPUTY HUDSON; OBERLIN POLICE DEPARTMENT; OFFICER BASHSHAR WILEY

    Defendants - Appellees

and

ELYRIA, OH POLICE DEPARTMENT

    Defendant

On January 12, 2022, appellant's motion to reinstate was denied without prejudice. It appears that the appellant has now cured the deficiency that led to the dismissal by filing a motion to proceed in forma pauperis with a financial affidavit and prisoner trust account statement.

This case is **REINSTATED** and returned to active status.  The Clerk's Office will contact the parties with further instructions when this outstanding matter has been resolved.

                                              **ENTERED PURSUANT TO RULE 45(a),**
                                              **RULES OF THE SIXTH CIRCUIT**
                                              Deborah S. Hunt, Clerk

Issued:  January 26, 2022